UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

CONNECTIVITY SYSTEMS, LLC,

                                       Plaintiff,

    - against -

TOWN OF RAMAPO, *et al.*,

                                    Defendants.

-------------------------------------------------------------------x

**ORDER**

No. 20-CV-5251

Seibel, J.

       Pursuant to my Emergency Individual Rules and Practices in Light of COVID-19, last revised September 1, 2020, all parties to civil conferences shall attend by phone, using the following information:

       Toll-Free Number:  (877) 336-1839
       Access Code:  1047966

       The parties should call in from a landline, announce their names before speaking, and mute their lines when not speaking.  This Order is subject to revocation at any time.

       Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

**SO ORDERED.**

Dated: September 22, 2020
      White Plains, New York

                               _____
                                 CATHY SEIBEL, U.S.D.J.