# EXHIBIT 20



**Rabbinical Court of MECHON L'HOYROA**
Monsey N.Y.
Brooklyn N.Y.

בית דין צדק
שע"י
מכון להוראה
מאנסי נ.י. יצ"ו
ברוקלין נ.י. יצ"ו

בעזהי"ת

| **Summons** | 1 | הזמנה |
|---|---|---|
| Date: 8/5/2020 | | ט"ז אב תש"פ |

## - הזמנה לדין תורה -

To (Defendant(s)):  Mr. Sol Menche     לכבוד (הנתבע/ת/ים):
Address:                                אדרעס:
City, State:                            עיר:
Tel No.:                                מס' הטלפון:
At the request Of (Plaintiff):  Mrs. Mona Montal    לבקשת (התובע/ת/ים):
Address:                                אדרעס:
City, State:                            עיר:
Tel No.:                                מס' הטלפון:

You are hereby summoned to appear before the Bais Din  **8/13/2020**   Time: **3:00 PM**   בשעה:   הננו מזמינים את כבודו לדין תורה
כ"ג אב תש"פ
בלשכת הביד"צ

At our Courtroom:  **168 Maple Ave., Monsey NY 10952**

If you cannot appear at the time scheduled, you must notify the office immediately. If neither is done, you will be in contempt of our Court, and will be liable to the sanctions set forth by Rabbinical Jewish Law.

"ימי שלא יוכל לבא לביד"צ כי צריך למרחקים לילך יש להודיע לביי"ד ולשום התנצלותו ולבקש זמן אחר, ואם לא עשה מנדין אותו אעי"פ שלא הי' יכול לבאי" (רמ"א חוי"מ סי' כ"א ס"א).

| **Claim:** | **Money claim** | **התביעה:** |

"הדין תורה יתקיים בזמן הנ"ל "רק" אם כל הצדדים יתקשרו מקודם לאשר"
**Session will take place "ONLY" if all parties will confirm**

Signed By _____    החותם בשם הביד"צ

1. Any reaction or response to the summons must be submitted to the Bais Din in writing with the signature of the respondent by fax or mail. Oral responses will not be accepted.
2. Although the respondent may not be obligated to appear for a Din Torah before the Bais Din which has issued the summons, he is nevertheless obligated to answer the summons and inform the court of what arrangements he will make for a Din Torah with a different Bais Din.

א. אם יש לנתבע איזה תגובה או תשובה על ההזמנה, צריך להיות **בכתב עם חתימת הנתבע**. תשובות בעי"פ לא יתקבלו.
ב. המקבל הזמנה, הגם שיתכן שאינו חייב לבוא לדין תורה בפני הביי"ד המזמין, בכל זאת הוא חייב לענות על ההזמנה ולהודיע לאיזה ביי"ד רצונו לילך.
ג. בדרך כלל אין לתובע העתק מההזמנה עד סוף שני ימים מזמן הנ"ל.

**Beth Din Fees:**
Monsey: till 6:00 p.m. $250 hour per party, thereafter $300 hour per side. Min. one hour.
Brooklyn: $300 hour per party Min. 2 hours, + $200 per party for traveling plus.

דמי דין תורה
במאנסי: $250 לשעה לכל צד עד שעה 6:00, ואחר זה $300 לשעה לכל צד עם מינומים של שעה.
בברוקלין: $300 לשעה לכל צד עם מינומים של $800 [עבור 2 שעה ועוד $100 לנסיעה ושאר הוצאות].

Office and Courtroom Monsey:  168 Maple Ave., Monsey NY 10952     משרד ולשכת הביד"צ מאנסי:
Courtroom Brooklyn:  1606 49th Street, Brooklyn NY 11204      לשכת הביד"צ בברוקלין:
Tel. (845) 352-8444    Fax: (845) 425-2094    Email: baisdin@mechon.org



# Rabbinical Court of MECHON L'HOYROA
Monsey N.Y.
Brooklyn N.Y.

בית דין צדק
שע"י
מכון להוראה
מאנסי נ.י. יצ"ו
ברוקלין נ.י. יצ"ו

בעזהי"ת

**Summons**     2     הזמנה

Date: 8/17/2020     כ"ז אב תש"פ

## - הזמנה לדין תורה -

To (Defendant(s)): **Mr. Sol Menche**     : לכבוד (הנתבע/ת/ים)

Address:     אדרעס :
City, State:     עיר :
Tel No.:     מס' הטלפון :

At the request Of (Plaintiff): **Mrs. Mona Montal**     : לבקשת (התובע/ת/ים)

Address:     אדרעס :
City, State:     עיר :
Tel No.:     מס' הטלפון :

You are hereby summoned to appear before the Bais Din **8/25/2020**    Time: **3:00 PM**    בשעה :    הננו מזמינים את כבודו לדין תורה ה' אלול תש"פ

At our Courtroom: **168 Maple Ave., Monsey NY 10952**    בלשכת הביד"צ :

If you cannot appear at the time scheduled, you must notify the office immediately. If neither is done, you will be in contempt of our Court, and will be liable to the sanctions set forth by Rabbinical Jewish Law.

"ימי שלא יוכל לבא לבי"ד כי צריך לילך למרחקים יש להודיע לבי"ד ולשום התנצלותו ולבקש זמן אחר, ואם לא עשה מנדין אותו אע"פ שלא הי' יכול לבא" (רמ"א חו"מ סי' י"א סי"א).

**Claim:**     **Money claim**     : התביעה

"הדין תורה יתקיים בזמן הנ"ל "רק" אם כל הצדדים יתקשרו מקודם לאשר"
**Session will take place "ONLY" if all parties will confirm**

Signed By _____     החותם בשם הביד"צ

1. Any reaction or response to the summons must be submitted to the Bais Din **in writing with the signature** of the respondent by fax or mail. Oral responses will not be accepted.
2. Although the respondent may not be obligated to appear for a Din Torah before the Bais Din which has issued the summons, he is nevertheless obligated to answer the summons and inform the court of what arrangements he will make for a Din Torah with a different Bais Din.

א. אם יש לנתבע איזה תגובה או תשובה על ההזמנה, צריך להיות **בכתב עם חתימת הנתבע**. תשובות בע"פ לא יתקבלו.

ב. המקבל הזמנה, הגם שיתכן שאינו חייב לבוא לדין תורה בפני הבי"ד המזמין, בכל זאת הוא חייב לענות על ההזמנה ולהודיע לאיזה בי"ד רצונו לילך.

ג. בדרך כלל אין לתובע העתק מההזמנה עד סוף שני ימים מזמן הנ"ל.

**Beth Din Fees:**
  Monsey: till 6:00 p.m. $250 hour per party, thereafter $300 hour per side. Min. one hour.
  Brooklyn: $300 hour per party Min. 2 hours, + $200 per party for traveling plus.

דמי דין תורה
במאנסי: $250 לשעה לכל צד עד שעה 6:00, ואחר זה $300 לשעה לכל צד עם מינומים של שעה.
בברוקלין: $300 לשעה לכל צד עם מינומים של $800 [עבור 2 שעה ועוד $100 לנסיעה ושאר הוצאות].

---

Office and Courtroom Monsey: 168 Maple Ave., Monsey NY 10952    משרד ולשכת הביד"צ מאנסי :
Courtroom Brooklyn: 1606 49th Street, Brooklyn NY 11204    לשכת הביד"צ בברוקלין :
Tel. (845) 352-8444   Fax: (845) 425-2094   Email: baisdin@mechon.org



**Rabbinical Court of MECHON L'HOYROA**
Monsey N.Y.
Brooklyn N.Y.

בית דין צדק
שע"י
מכון להוראה
מאנסי נ.י. יצ"ו
ברוקלין נ.י. יצ"ו

בעזהי"ת

| | |
|---|---|
| **Summons** 3 | הזמנה |
| Date: 8/30/2020 | י' אלול תש"פ |

## - הזמנה לדין תורה -

To (Defendant(s)): **Mr. Sol Menche**  לכבוד (הנתבע/ת/ים) :
Address:  אדרעס :
City, State:  עיר :
Tel No.:  מסי הטלפון :
At the request Of (Plaintiff): **Mrs. Mona Montal**  לבקשת (התובע/ת/ים) :
Address:  אדרעס :
City, State:  עיר :
Tel No.:  מסי הטלפון :

You are hereby summoned to appear before the Bais Din
**9/7/2020**
Time: **3:00 PM**
At our Courtroom: **168 Maple Ave., Monsey NY 10952**

הננו מזמינים את כבודו לדין תורה
י"ח אלול תש"פ
בשעה:
בלשכת הביד"צ

If you cannot appear at the time scheduled, you must notify the office immediately. If neither is done, you will be in contempt of our Court, and will be liable to the sanctions set forth by Rabbinical Jewish Law.

"מי שלא יוכל לבא לביד"צ כי צריך לילך למרחקים יש להודיע לבי"ד ולשום התנצלותו ולבקש זמן אחר, ואם לא עשה מנדין אותו אע"פ שלא הי' יכול לבא" (רמ"א חו"מ סי' י"א ס"א).

| Claim: | התביעה: |
|---|---|
| **Money claim** | היות וזה כבר הזמנה שלישית, אם לא יקבע זמן לדי"ת עד זמן הנ"ל אז עפ"י בקשת התובע יצטרכו הבי"ד לדונו כמסרב. |

**"הדין תורה יתקיים בזמן הנ"ל "רק" אם כל הצדדים יתקשרו מקודם לאשר"**
**Session will take place "ONLY" if all parties will confirm**

Signed By _____  החותם בשם הביד"צ _____

1. Any reaction or response to the summons must be submitted to the Bais Din in writing with the signature of the respondent by fax or mail. Oral responses will not be accepted.
2. Although the respondent may not be obligated to appear for a Din Torah before the Bais Din which has issued the summons, he is nevertheless obligated to answer the summons and inform the court of what arrangements he will make for a Din Torah with a different Bais Din.

א. אם יש לנתבע איזה תגובה או תשובה על ההזמנה, צריך להיות בכתב עם חתימת הנתבע. תשובות בעייפ לא יתקבלו.

ב. המקבל הזמנה, הגם שיתכן שאינו חייב לבוא לדין תורה בפני הבי"ד המזמין, בכל זאת הוא חייב לענות על ההזמנה ולהודיע לאיזה בי"ד רצונו לילך.

ג. בדרך כלל אין לתובע העתק מהזמנה עד סוף שני ימים מזמן הנ"ל.

**Beth Din Fees:**
   **Monsey:** till 6:00 p.m. $300 hour per party, thereafter $350 hour per side. Min. one hour.
   **Brooklyn:** $300 hour per party Min. 2 hours, + $200 per party for traveling plus.

דמי דין תורה
במאנסי: $300 לשעה לכל צד עד שעה 6:00, ואחר זה $350 לשעה לכל צד עם מינומוס של שעה.
בברוקלין: $300 לשעה לכל צד עם מינומוס של $800 [עבור 2 שעה ועוד $100 לנסיעה ושאר הוצאות].

Office and Courtroom Monsey: 168 Maple Ave., Monsey NY 10952    משרד ולשכת הביד"צ מאנסי:
Courtroom Brooklyn: 1606 49th Street, Brooklyn NY 11204    לשכת הביד"צ ברוקלין:
Tel. (845) 352-8444    Fax: (845) 425-2094    Email: baisdin@mechon.org