UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Connectivity Systems, LLC,

                       Plaintiff(s),

      -against –

Town of Ramapo, et al,

                       Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:20-CV-05251 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within two hundred twenty-one days of the date of this order (7/31/2023), Plaintiff may apply by letter within the two hundred twenty-one day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: December 22, 2022
    White Plains, New York

                                                                 CATHY SEIBEL, U.S.D.J.